In the Matter of JOSEPH W. PLATER, Appellant, v CORTLAND MEMORIAL HOSPITAL, Respondent. [681 NYS2d 139] —Appeal from an order of the Supreme Court (O'Brien III, J.), entered November 19, 1997 in Cortland County, which, *inter alia*, denied petitioner's application pursuant to CPLR 2302 (b) for the issuance of a subpoena duces tecum.

Petitioner, acting *pro se*, brought a motion before Supreme Court pursuant to CPLR 2302 (b) seeking the issuance of a subpoena duces tecum directing respondent to produce certain medical records pertaining to two witnesses who testified against him at his criminal trial. Petitioner sought this information in connection with a contemplated CPL 440.10 motion. Supreme Court denied the motion and we affirm. Generally speaking, "[a] judicial subpoena is not issued in the abstract, but 'requires the context of some action or proceeding' " (*People v Weiss*, 176 Misc 2d 496, 499, quoting Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, C2301:4, at 236; *see*, *People v Jones*, 160 Misc 2d 246, 248; *Matter of Blake*, 51 Misc 2d 42). Here, there is no pending judicial proceeding and it is well settled that a subpoena duces tecum may not be

used for the purpose of discovery (*see, People v Carpenter*, 240 AD2d 863, 864, *lv denied* 90 NY2d 902; *People v Jones, supra*, at 248).

Cardona, P. J., White, Peters, Carpinello and Graffeo, JJ., concur. Ordered that the order is affirmed, without costs.